IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06cv652 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | Judge Cercone |
| Commissioner of Social Security, | ) | Magistrate Judge Lenihan |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on May 17, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Document No. 15) filed on April 23, 2007, recommended that the Motion for Summary Judgment filed by the Commissioner of Social Security be denied, and the Motion for Summary Judgment filed by Tiffany Williams be granted, and that the case be remanded for further proceedings. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 16 day of May, 2007;

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Document No. 13) is DENIED and Plaintiff's Motion for Summary Judgment (Document No. 11) is GRANTED, and that the case is remanded for further proceedings as discussed in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Document No. 15) of Magistrate Judge Lenihan, dated April 23, 2007, is adopted as the Opinion of the Court.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Karl E. Osterhout, Esquire
1789 South Braddock Avenue
Suite 570
Pittsburgh, PA 15218

Paul Kovac, AUSA
U. S. Attorney's Office
Suite 400
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219